## BEASON v. JONASON et al.

1. EXCEPTIONS. The Supreme Court will not review a ruling of the District Court upon a demurrer, when the record does not affirmatively show that exceptions were taken to such ruling at the time.

*Appeal from Boone District Court.*

MONDAY, DECEMBER 29.

BILL in equity to foreclose a mortgage.

The complainant sues as the assignee of the note and mortgage. A copy of the assignment on the mortgage is set out in the petition, but not of the note.

The defendants, after answering, demur to the petition, and allege as a cause of the demurrer the want of assignment of the note. This was sustained, and complainant appeals.

*Curtis Bates* for the appellant.

*Hull* for the appellee.

BALDWIN, C. J.—Whether the respondents by their answer waived their right to demur, or whether the com-

plaihants in equity could recover on the parol assignment of the note, the mortgage having been properly assigned, are questions we cannot now consider.

This proceeding was commenced since the adoption of the Revision of 1860, and under the provisions of §§ 3106, 3108, and see the case of *Perkins* v. *Whitham, infra.* It must affirmatively appear that exceptions were taken to the decisions of the court at the time the ruling was made. No exceptions having been taken to the ruling on the demurrer, the judgment is affirmed.

Affirmed.